IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS - URBANA

| | |
|---|---|
| STEPHEN ORENIC,<br><br>           Plaintiff,<br><br>vs.<br><br>MENARD, INC., a Foreign Corporation (d/b/a Menards)<br><br>           Defendant. | 21-cv-2111 |

## NOTICE OF REMOVAL

THE DEFENDANT, MENARD, INC., a foreign Corporation, by its attorneys, QUINN JOHNSTON, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby petitions to remove this action from the Circuit Court of the Sixth Judicial Circuit, Champaign County, Illinois, to the United States District Court for the Central District of Illinois, Urbana Division.  In support, Defendant states:

1.  On or about May 5, 2021, Stephen Orenic, filed a Complaint against Defendant, Menard, Inc., a Foreign Corporation (d/b/a Menards) in Champaign County, Illinois.

2.  Defendant was served through its registered agent on May 13, 2021.  Copies of the Summons and Complaint served upon Defendant are attached as Exhibit A.

3.  Upon information and belief, Plaintiff is a resident and citizen of the State of Illinois.

4.  Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

5.  The claim alleged in Plaintiff's Complaint arises out of an occurrence in Champaign, Champaign County, Illinois.

6.	Plaintiff, Stephen Orenic, claims that he "suffered severe and permanent injuries to his shoulder and arm" and that he "was caused to expend, and in the future will be compelled to expend, large sums of money for medical care in endeavoring to be cured of said injuries." (Ex. A). Plaintiff, Stephen Orenic sought judgment in excess of the jurisdictional limit of $50,000.00. (Ex. A).

7.	Based on the nature of Plaintiff's complained of injuries, and the language of his Complaint, it appears that Plaintiff seeks damages in an amount in excess of the jurisdictional requirement of $75,000.00.

10.	This court has original jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

11.	Defendant's Notice of Removal is timely pursuant to 28 U.S.C § 1446(b) in that it is filed within thirty (30) days of service of Summons.

12.	Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal to all adverse parties and will file a copy of this Petition for Removal with the Clerk of the Circuit Court of Kankakee County, Illinois, thereby effecting removal to this court.

WHEREFORE, the Defendant, MENARD, INC., a foreign Corporation (d/b/a Menards), prays that the above action now pending against it in the Circuit Court of Champaign County, Illinois, be removed therefrom to this court.

        MENARD, INC., a Foreign Corporation,
        Defendant

        By: */s/ Adam P. Chaddock*
            Adam P. Chaddock
            For Quinn Johnston

Adam P. Chaddock (Illinois Bar No. 6274685)
E-mail: *achaddock@quinnjohnston.com*
E-Mail for Pleadings: *chaddockpleadings@quinnjohnston.com*
J. Logan Block (Illinois Bar No. 6320321)
E-mail: *jblock@quinnjohnston.com*
E-Mail for Pleadings: *blockpleadings@quinnjohnston.com*
QUINN JOHNSTON
227 NE Jefferson Avenue
Peoria, IL 61602
Telephone: 309/674-1133
Fax: 309/674-6503

**CERTIFICATE OF SERVICE**

I hereby certify that on **May 21, 2021**, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Alison D. Kimble                                              ***Attorneys for Plaintiff***
    Spiros Law
    2807 N. Vermilion , Suite 3
    Danville, IL 61832
    Phone: 217-443-4343
    Email: akimble@spiroslaw.com

                *s/Adam P. Chaddock*
                Adam P. Chaddock (Illinois Bar No. 6274685)
                QUINN JOHNSTON
                227 N.E. Jefferson Ave.
                Peoria, IL  61602-1211
                Telephone:  (309) 674-1133
                Facsimile:  (309) 674-6503
                E-mail: achaddock@quinnjohnston.com

4840-7064-1130, v. 1