

# Notice of Service of Process

null / ALL
Transmittal Number: 23196526
Date Processed: 05/13/2021

| | |
|---|---|
| Primary Contact: | Amanda Ratliff<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| Electronic copy provided to: | Andrew Akey<br>Kacie Bertrand<br>Ashley Aubart |

| | |
|---|---|
| Entity: | Menard, Inc.<br>Entity ID Number  0033810 |
| Entity Served: | Menard, Inc. |
| Title of Action: | Stephen Orenic vs. Menard, Inc. (d/b/a Menards) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Champaign County Circuit Court, IL |
| Case/Reference No: | 2021L 000083 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 05/13/2021 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Alison D. Kimble<br>217-443-4343 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**EXHIBIT A**

IN THE CIRCUIT COURT
FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS
CHAMPAIGN COUNTY, ILLINOIS

| | | |
|---|---|---|
| STEPHEN ORENIC, | ) | |
| | ) | |
| Plaintiff, | ) | 2021L 000083 |
| | ) | |
| vs. | ) | |
| | ) | **Jury Demand** |
| MENARD, INC. a FOREIGN | ) | |
| Corporation, (d/b/a Menards), | ) | |
| | ) | |
| Defendant. | ) | |

### SUMMONS

To each Defendant:    Menard, Inc., c/o Registered Agent Prentice Hall Corporation, 801 Adlai Stevenson Drive, Springfield, IL 61703

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the Office of the Clerk of this Court within thirty (30) days after service of this Summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.

To the Officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than thirty (30) days after its date.

5/5/2021

WITNESS_____, _____.

_Susan W. McGrath_  AL
(Clerk of the Circuit Court)

_____
(Deputy)

Alison D. Kimble, No. 6329933
akimble@spiroslaw.com
Spiros Law, P.C.
2807 N. Vermilion, Suite 3, Danville, IL 61832
Telephone: 217-443-4343
**Date of Service** _____, 2021.

FILED
SIXTH JUDICIAL CIRCUIT

5/5/2021 9:35 AM
By: AL

Susan W. McGrath
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

IN THE CIRCUIT COURT
FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS
CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| STEPHEN ORENIC, | ) |
| Plaintiff, | ) 2021L 000083 |
| vs. | ) |
| | ) **Jury Demand** |
| MENARD, INC. a FOREIGN Corporation, (d/b/a Menards), | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, STEPHEN ORENIC, by and through his attorneys, Spiros Law, P.C., and for his Complaint against the Defendant, MENARD, INC. a Foreign Corporation, (d/b/a Menards), (hereinafter "MENARDS"), alleges and states as follows:

### COMMON ALLEGATIONS

1. At all times relevant, the Defendant, MENARDS, was a foreign corporation in the State of Illinois with its principal place of business in Eau Claire, Wisconsin.

2. On or about May 10, 2019, the Plaintiff, STEPHEN ORENIC, was a resident of Champaign County, Illinois.

3. On or about May 10, 2019, the Defendant MENARDS owned, possessed, controlled, and/or maintained, the Menards store located at or near 620 W. Town Center Blvd., Champaign, Champaign County, Illinois 68122.

4. On or about May 10, 2019 the Plaintiff, STEPHEN ORENIC, was a patron of Defendant MENARDS' aforementioned store located at 620 W. Town Center Blvd., Champaign, Champaign County, Illinois 61822.

1

5.  On or about May 10, 2019, Plaintiff, STEPHEN ORENIC, was lawfully walking through the garden center of the aforementioned store.

6.  At all times relevant, the aforementioned garden center had heavy foot traffic, including patrons and employees, walking through the garden center.

7.  On or about May 10, 2019, while walking through the garden center of the aforementioned store, Plaintiff, STEPHEN ORENIC, was caused to fall as a result of a defective and/or ill-maintained, dried and raised pile of mortar on the flooring surface.

8.  At all times relevant, Plaintiff, STEPHEN ORENIC, was unaware that the dried and raised pile of mortar existed or that the flooring surface was otherwise defective and/or ill-maintained such that it caused a risk of harm to his person.

9.  At all times material hereto, the Plaintiff, STEPHEN ORENIC, was exercising ordinary care and caution for his own safety.

**Count I**
**Premises Liability**
Stephen Orenic v. Menard, Inc. (d/b/a Menards)

1.-9.  Plaintiff herein realleges paragraphs 1 through 9 of the Common Allegations as and for paragraphs 1 through 9 of Count I.

10.  At all times relevant, Defendant, MENARDS, by and through its agents and/or employees, knew or should have known that the aforementioned of the dried and raised pile of mortar or otherwise defective and/or ill-maintained condition of the flooring in the garden center caused an unreasonable harm to others.

11.  At all times relevant hereto, there was in force and effect an Act known as the Premises Liability Act, 740 ILCS 130/2, which imposed upon the Defendant, MENARDS, the duty

to maintain the premises in a reasonably safe condition for use by its patrons, including the Plaintiff herein.

12. In violation of the aforementioned duty, the Defendant, MENARDS, was guilty of one or more of the following negligent acts and/or omissions constituting negligence:

   a. failed to maintain its property in a reasonably safe condition for the use of those persons lawfully on its premises and those persons reasonably anticipated to be on its premises, namely, the Plaintiff, STEPHEN ORENIC, pursuant to 740 ILCS 130/2;

   b. failed to provide a reasonably safe means of ingress and egress within its store by allowing a dry and raised pile of mortar to exist in the garden center;

   c. allowed an unreasonably dangerous condition to exist on its premises in the form of a dried and raised pile of mortar that posed a tripping hazard to patrons in the garden center;

   d. failed to correct or remove dried and raised pile of mortar and permitted the dried and raised pile of mortar to become and remain in a dangerous condition, thereby presenting a hazard to those persons MENARDS reasonably anticipated to be walking in and around the garden center;

   e. allowed patrons to frequent said store, when it knew, or in the exercise of ordinary care and causation, should have known that it was highly dangerous and unsafe to do so, due to the existence of a dried and raised pile of mortar in the garden center.

13. On or about May 10, 2019, as a direct and proximate result of one or more of the aforementioned negligent acts, the Plaintiff, STEPHEN ORENIC, was caused to fall and injure his person.

14. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions, the Plaintiff, STEPHEN ORENIC, suffered severe and permanent injuries to his shoulder and arm, which have caused, and will continue to cause, pain and emotional suffering; and the Plaintiff was caused to expend, and in the future will be compelled to expend,

large sums of money for medical care in endeavoring to be cured of said injuries; and the Plaintiff has been, and in the future will be prevented from attending to his usual affairs and duties.

WHEREFORE, the Plaintiff, STEPHEN ORENIC, prays that this Honorable Court render a judgment in favor of the Plaintiff and against the Defendant, MENARDS, in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus his costs of suit and any other relief that the Court deems equitable and just.

### Count II
### Negligence
Stephen Orenic v. Menard, Inc. (d/b/a Menards)

1.–9.   Plaintiff herein realleges paragraphs 1 through 9 of the Common Allegations as and for paragraphs 1 through 9 of Count II.

10.   At all times relevant, Defendant, MENARDS, had a duty by and through its agents, servants and employees, to maintain the walking area with due care and in such a manner so as not to cause injury or damage to other individuals on the walking area, including to Plaintiff.

11.   In violation of the aforementioned duty, the Defendant, MENARDS, was guilty of one or more of the following negligent acts and/or omissions constituting negligence:

   a. dropped mortar that became raised and dried in an area where pedestrians and/or patrons of the store were congregating and/or walking;

   b. failed to correct or remove dried and raised pile of mortar and permitted the dried and raised pile of mortar to become and remain in a dangerous condition, thereby presenting a hazard to those persons MENARDS reasonably anticipated to be walking in and around the garden center; and/or

   c. failed to adequately warn patrons lawfully on its premises and those persons reasonably anticipated to be on its premises, namely Plaintiff STEPHEN

ORENIC, of the dried and raised pile of mortar and the tripping hazard it created.

13. On or about May 10, 2019, as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions, the Plaintiff, STEPHEN ORENIC, was caused to fall and injure his person.

14. On or about May 10, 2019, as a direct and proximate result of one or more of the aforementioned negligent acts, the Plaintiff, STEPHEN ORENIC, suffered severe and permanent injuries to his shoulder and arm, which have caused, and will continue to cause, pain and emotional suffering; and the Plaintiff was caused to expend, and in the future will be compelled to expend, large sums of money for medical care in endeavoring to be cured of said injuries; and the Plaintiff has been, and in the future will be prevented from attending to his usual affairs and duties.

WHEREFORE, the Plaintiff, STEPHEN ORENIC, prays that this Honorable Court render a judgment in favor of the Plaintiff and against the Defendant, MENARDS, in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus his costs of suit and any other relief that the Court deems equitable and just.

STEPHEN ORENIC, Plaintiff,

By: /s/ Alison D. Kimble
Of Spiros Law, P.C.

Alison D. Kimble, No. 6329933
akimble@spiroslaw.com
Spiros Law, P.C.
2807 N. Vermilion, Suite 3, Danville, IL 61832
Telephone: 217-443-4343

**FILED**
SIXTH JUDICIAL CIRCUIT

5/5/2021 9:35 AM
By: AL

Susan W. McGrath
CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

IN THE CIRCUIT COURT
FOR THE SIXTH JUDICIAL CIRCUIT OF ILLINOIS
CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| STEPHEN ORENIC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MENARD, INC. a FOREIGN )<br>Corporation, (d/b/a Menards), )<br>)<br>Defendant. ) | 2021L 000083<br><br>**Jury Demand** |

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

I, Alison D. Kimble, attorney representing the Plaintiff in the above entitled matter, being first duly sworn on oath, depose and state as follows:

a. That I am the Plaintiff's attorney in the above entitled cause.

b. That I have reviewed the facts and discussed the circumstances surrounding the cause of action with my client, and based upon said discussions have reason to believe the cause of action to maintain a value in excess of Fifty Thousand Dollars ($50,000.00).

*Under penalties as provided by law pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that s/he verily believes the same to be true.*

/s/ Alison D. Kimble

Alison D. Kimble, No. 6329933
akimble@spiroslaw.com
Spiros Law, P.C.
2807 N. Vermilion, Suite 3, Danville, IL 61832
Telephone: 217-443-4343